# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jonathan David Loggins, | ) |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Burleigh County, et al., | ) |
| | ) Case 1:24-cv-106 |
| Defendants. | ) |

Defendants have, pursuant to this court's order at Docket No. 15, requested a status conference to address a discovery dispute between the Parties.

The court **GRANTS** Defendants' request. The court shall hold a status conference with the Parties on June 17, 2025, at 2:00 PM by telephone. To participate in the conference, the Parties should call (571) 353-2301 and enter 292466149 follows by # when prompted for the "Call ID."

**IT IS S ORDERED.**

Dated this 16th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court